# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | | |
|---|---|---|
| FREDDIE L. THORNE, | ) | Case No. CV 06-4251-JWJ |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

DATED:  February 28, 2008

_____
/s/
JEFFREY W. JOHNSON
United States Magistrate Judge